IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-17-RLV-DCK

| | |
|---|---|
| KELLI R. CERVEN, KEITH O. CERVEN, TERESA M. CERVEN, CFW VENDING LLC, and SHGI CORPORATION,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA AND BLUE CROSS AND BLUE SHIELD ASSOCIATION,  )<br><br>Defendants.  ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) concerning David J. Zott, filed March 1, 2012. Mr. Zott seeks to appear as counsel *pro hac vice* for Defendant Blue Cross and Blue Shield Association.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Zott is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant Blue Cross and Blue Shield Association.

Signed: March 2, 2012

David C. Keesler
United States Magistrate Judge