**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:12-CV-17-RLV-DCK**

| | |
|---|---|
| **KELLI R. CERVEN, KEITH O. CERVEN,** ) | |
| **TERESA M. CERVEN, CFW VENDING LLC,** ) | |
| **and SHGI CORPORATION,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **BLUE CROSS AND BLUE SHIELD OF** ) | |
| **NORTH CAROLINA AND BLUE CROSS** ) | |
| **AND BLUE SHIELD ASSOCIATION,** ) | |
| ) | |
| **Defendants.** ) | |
| ————————————————) | |

THIS MATTER IS BEFORE THE COURT on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 51) concerning Arthur Bailey, Jr., filed April 5, 2012. Mr. Bailey seeks to appear as counsel *pro hac vice* for Plaintiffs Kelli R. Cerven, Keith O. Cerven, Teresa M. Cerven, CFW Vending LLC and SHGI Corp.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

IT IS, THEREFORE, ORDERED that in accordance with Local Rule 83.1, Mr. Bailey is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiffs Kelli R. Cerven, Keith O. Cerven, Teresa M. Cerven, CFW Vending LLC and SHGI Corp.

Signed: April 5, 2012

David C. Keesler
United States Magistrate Judge